STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
BRITTANY LEBON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY LEBON,<br><br>Defendant. | CR 12-00775 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [P~~ROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED, between the parties to this action, that the status hearing date of December 20, 2012, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for January 31, 2013.

The requested continuance is necessary because over 1800 pages of discovery has thus far been provided in this case and defense counsel requires more time to review and analyze it. Furthermore, the government anticipates providing additional discovery to defendant this week.

The parties agree that the delay is not attributable to lack of diligent preparation on the part

CR 12-00775 YGR
Stipulation to Continuance and Exclusion of Time

1

of the attorney for the government or defense counsel. For these reasons, the parties stipulate that the time between December 20, 2012 and January 31, 2013 be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: December 19, 2012

/s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant BRITTANY LEBON

Date: December 19, 2012

/s/
TAMARA WEBER
Special Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 31, 2013 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded from December 20, 2012 to January 31, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

December 19, 2012
Date

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CR 12-00775 YGR
Stipulation to Continuance and Exclusion of Time

2