STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
BRITTANY LEBON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY LEBON,<br><br>Defendant. | CR 12-00775 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED AND AGREED, between the parties to this action, that the status hearing date of May 2, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for May 30, 2013.

The requested continuance is necessary because defense counsel requires additional time to review and gather records relevant to a disposition of this case. Counsel previously subpoenaed over 1300 pages of documents from multiple entities relevant to the issue of loss amount. Review of those records has been completed but engendered the need for further investigation. This investigation is ongoing. Counsel has requested additional records (medical and educational)

relevant to sentencing in this matter and expects to receive them within three weeks.

The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties stipulate that the time between May 2, 2013 and May 30, 2013 be excluded under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant effective preparation of counsel.

Date: April 29, 2013          /s/
                              ELLEN V. LEONIDA
                              Assistant Federal Public Defender
                              Counsel for defendant BRITTANY LEBON

Date: April 29, 2013          /s/
                              MAUREEN BESSETTE
                              Special Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 30, 2013 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded from May 2, 2013 to May 30, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

  April 29, 2013
Date                                    HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE

CR 12-00775 YGR
Stipulation to Continuance and Exclusion of Time