MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAMARA WEBER (ILBN 6270925)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00775 YGR |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) EXCLUDING TIME FROM MAY 30, 2013<br>) TO AUGUST 22, 2013 |
| BRITTANY LEBON, | ) |
| Defendant. | ) |

The above-captioned matter having been set for a change of plea hearing for August 22, 2013 before U.S. District Judge Yvonne Gonzalez Rogers, and the proposed plea agreement submitted for consideration to Judge Gonzalez Rogers on May 30, 2013, the parties request that this Court exclude time under the Speedy Trial Act between May 30, 2013 and August 22, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(B)(iv).

Such continuance is required to afford time for consideration by the Court of the proposed plea agreement to be entered into by the defendant and the government. In

addition, defense counsel requires additional time to review and conduct necessary investigation for mitigating evidence. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. As such, the parties respectfully request that the time between May 30, 2013 and August 22, 2013 be excluded under 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

DATED: May 31, 2013                    Respectfully submitted,


                                       MELINDA HAAG
                                       United States Attorney

                                        /s/
                                       TAMARA WEBER
                                       Special Assistant United States Attorney

                                        /s/
                                       ELLEN LEONIDA
                                       Attorney for Brittany Lebon


## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for time necessary for consideration by the Court of the proposed plea agreement, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until August 22, 2013.

**IT IS SO ORDERED.**

DATED: May 31, 2013

                                       YVONNE GONZALEZ ROGERS
                                       United States District Judge