STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
BRITTANY LEBON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRITTANY LEBON, <br><br> Defendant. | CR 12-00775 YGR <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Brittany Lebon may be modified to allow her to travel to Skyland, Nevada, between December 28, 2013 and January 2, 2014, with her sister, Lacey Lebon, and their children. Ms. Lebon and her family will be staying at a cabin (rented by her sister) at 1056 Myron Drive. Pretrial Services Officer Tim Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: December 12, 2013         /s/
                                 ELLEN V. LEONIDA
                                 Assistant Federal Public Defender


DATED: December 12, 2013         /s/
                                 THOMAS E. STEVENS
                                 Assistant United States Attorney

CR 12-00775 YGR
Stip. & Prop. Order Mod. Pretrial Conditions        1

1 **ORDER**

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

3 release for Brittany Lebon may be modified to allow her to travel to Skyland, Nevada, between

4 December 28, 2013 and January 2, 2014. All other conditions of release shall remain the same.

5     IT IS SO ORDERED.

6

7 DATED: 12/11/13

8                                                        KANDIS WESTMORE

9                                                        United States Magistrate Judge